LEO LEVY, Respondent, v. CHARLES LEVY, Appellant.— Judgment affirmed,

with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.